THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES GAYLORD, Appellant.— (Motion No. 791.) Motion to dismiss granted and appeal dismissed on the ground the order is not appealable. (See *People* v. *Westlake, post*, p. 908, decided herewith.) (Motion No. 790.) In view of the decision in *People* v. *Gaylord* (Motion No. 791), decided herewith, the application is dismissed. Present — Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK WESTLAKE, Appellant.— The defendant, upon his plea of guilty, was convicted in the County ·Court of Kings County in 1933 of the crime of robbery in the second degree, and sentenced to State prison for a term of years. In 1944 he made a motion in the court in which he had been convicted to vacate the judgment of conviction, for permission to withdraw his plea of guilty, and to plead not guilty to the indictment. That motion was denied by the County Court. The defendant has served and filed a notice of appeal from the order denying the motion. He now moves (No. 788) for permission to prosecute the appeal as a poor person, to dispense with printing the record on appeal, for an enlargement of time to prosecute the appeal, and for other relief. The District Attorney cross moves to dismiss the appeal upon the ground that the order is not appealable. The cross motion (No. 789) to dismiss the appeal is granted and the appeal dismissed accordingly. The order is not appealable. The right to an appeal in a criminal action is a matter of legislative control. Appeal is entirely a matter of statute. (*People* v. *Reed*, 276 N. Y. 5, 10; *People* v. *Zerillo*, 200 N. Y 443.) The Code of Criminal Procèdure does not authorize such an appeal (§ 517). It was so decided by this court in *People* v. *Olstein* (252 App. Div. 795), where an appeal from a similar order was dismissed. In view of the foregoing disposition of the motion to dismiss, the motion of the defendant is dismissed. Present — Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LANGSTON M. WILLIAMS, Appellant.— Motion for permission to dispense with printing the record on appeal and for other relief denied, on the ground that the order from which defendant seeks to appeal is not appealable. (See *People* v. *Westlake, ante,* p. 908, decided herewith.) Present — Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ. [See *post*, p. 999.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ETHEL K. CRAIG, Appellant, v. BERT TRUESDELL, as Sheriff of the County of Orange, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied, without costs. [See *ante*, p. 867.] Present — Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ.

JACOB REISBERG, Appellant, v. GEORGIA REALTY CORPORATION et al., Defendants. (Action No. 1.) FULTON SAVINGS BANK KINGS COUNTY, Respondent, v. GEORGIA REALTY CORPORATION et al., Defendants. (Action No. 2.) SAMUEL L. FORST, Appellant, v. GEORGIA REALTY CORPORATION et al., Defendants. (Action No. 3.) — Motion to dismiss appeals granted, with ten dollars costs, and appeals dismissed, with ten dollars costs and disbursements. Present — Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ.

OLYMPIA SASSO, Respondent, v. TESSIE LAURINO et al., Defendants, and ANGELO LAURINO et al., Defendants-Appellants.— Motion for leave to appeal to the Court of Appeals denied. [See 267 App. Div. 969.] Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.